UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| JANIKA NICOLE WRIGHT, | ) | |
| Claimant, | ) ) ) | |
| v. | ) ) | CV416-250 |
| SOCIAL SECURITY ADMINISTRATION, | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), to which no objections have been filed. Accordingly, the R&R is **ADOPTED**, and this case is **DISMISSED** with prejudice.

**ORDER ENTERED** at Augusta, Georgia, this _9th_ day of December, 2016.

```
                    _____
                    J. RANDAL HALL
                    UNITED STATES DISTRICT JUDGE
                    SOUTHERN DISTRICT OF GEORGIA
```